IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| JIM SCOTT CARTER and KARA MIA CARTER | § § § |
| VS. | §   CIVIL ACTION NO. G-05-662 § |
| GLADYS KRUEGER, ET AL. | § § |

## **FINAL JUDGMENT**

For the reasons stated in this Court's Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** that the Defendant's Motion to Dismiss (Instrument no. 8) is **GRANTED** and that Original Complaint of Plaintiffs, Jim Scott Carter and Karamia Carter, is **DISMISSED with prejudice.**

This is a **FINAL JUDGMENT.**

DONE at Galveston, Texas this 21st day of August, 2006.

_____
Samuel B. Kent
United States District Judge